DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVAN BOYLES,**
Appellant,

v.

**JOSE IVAN JIMENEZ** and **CAROL ANN DYBDAL,**
Appellees.

No. 4D22-1573

[July 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Renatha S. Francis, Judge; L.T. Case Nos. 50-2017-CP-004460-XXXX-MB and 50-2018-CA-000667-XXXX-MB.

Rosemary Cooney of Probate, Guardianship, & Trust, P.A., West Palm Beach, for appellant.

Peter Ticktin and Michael McCormick, Jr. of The Ticktin Law Group, Deerfield Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***